| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) McMahon, Colleen | 2. Court or Organization US District Court-Southern Dis | 3. Date of Report 08/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

500 Pearl Street
New York, NY 10007
Chambers 640 Moynihan Courthou

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Foundation #1 |
| 3. Advisory Council | Ohio State University |
| 4. Board of Visitors | University of California Law School at Irvine |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | CSG Systems Inc-Director Fee |
| 2. 2020 | Kohl's Department Stores Inc-Director Fee |
| 3. 2020 | Safe Bulkers Inc -Director Fee |
| 4. 2020 | Jet Blue Airways Corp-Consultant |
| 5. 2020 | Morgan Stanley-Pension Income |
| 6. 2020 | Tailwind Management LP-Partner-Guaranteed Payment |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Thornburg Ltd. Term Muni. Fd Nat'l | A | Dividend | K | T | Donated (part) | | | | |
| 2. | Thornberg Value Fund Class A Mut Fd. (IRA) N/C Thornburg Small/MidC | C | Dividend | P1 | T | | | | | |
| 3. | MSCP III L.P. | | None | J | U | | | | | |
| 4. | ▓▓▓▓ (1998 300,0000) | | None | N | R | | | | | |
| 5. | ▓▓▓▓ (1998 300,000) | | None | N | R | | | | | |
| 6. | Phoenix Life Ins (Trust # 1) (Whole Life Policy) | C | Dividend | M | T | | | | | |
| 7. | Northwestern Mututal Life (Trust#1) (Whole Life Policy) | E | Dividend | O | T | | | | | |
| 8. | Northwestern Mututal Life(Trust #1) (Whole Life Policy) | E | Dividend | N | T | | | | | |
| 9. | CSG Systems International Inc.Com | D | Dividend | P1 | T | Buy (add'l) | 09/14/20 | M | | |
| 10. | | | | | | Donated (part) | 02/13/20 | M | | See Note # 5- To line 413 |
| 11. | Summit Mariner, LLC | | None | O | U | | | | | |
| 12. | Summit Mariner LLC/JP Morgan Checking | | None | K | T | | | | | |
| 13. | Rental # 1 /JPMorgan Checking N/C JP Morgan Checking | | None | J | T | | | | | See Note # 12 |
| 14. | Rental # 2 ▓▓▓▓ (1999 S 900,000) | E | Rent | | | Sold | 10/08/20 | P1 | H1 | |
| 15. | Rental # 2/JP Morgan -Checking | A | Interest | M | T | | | | | |
| 16. | JP Morgan(Checking)- | | None | O | T | | | | | |
| 17. | Vacant Land ▓▓▓▓ (1999 S 425,000 ) | | None | | | Sold | 12/15/20 | P1 | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮▮▮▮▮ l Golf Partners LLC | | None | K | U | | | | | |
| 19. JP Morgan (Checking) | A | Interest | P1 | T | | | | | |
| 20. JP Morgan Checking(Foundation #1) | A | Interest | K | T | | | | | |
| 21. Kinderhook Capital I LP | D | Distribution | K | U | | | | | See Note # 1 |
| 22. JP Morgan Tax Free MM Premier Sweep | C | Interest | P1 | T | | | | | |
| 23. Menemsha Captial Partners Ltd | | None | K | U | | | | | See Note # 2 |
| 24. Micell Technologies Inc.(Com) | | None | K | T | | | | | |
| 25. Linx Partners II LP | | None | N | U | Sold (part) | 11/30/20 | L | | |
| 26. SFM Participation II LP | | None | P1 | U | Sold (part) | 02/04/20 | M | | |
| 27. | | | | | Sold (part) | 03/02/20 | K | | |
| 28. | | | | | Sold (part) | 06/25/20 | J | | |
| 29. Thornburg Core Growth Cl A (IRA) | E | Dividend | O | T | | | | | |
| 30. Jetblue (Com) | | None | O | T | Buy (add'l) | 11/03/20 | P1 | | |
| 31. | | | | | Sold (part) | 12/08/20 | P1 | D | |
| 32. | | | | | Donated (part) | 03/13/20 | N | | See Note # 5-To line 415 |
| 33. Aisling Capital II LP | | None | M | U | | | | | |
| 34. J K & B Capital V LP | | None | P1 | U | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. SEEF II LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 36. Towerbrook Investors II Executive Fund LP | | None | | | Sold (part) | 11/13/20 | J | | |
| 37. | | | | | Sold | 12/23/20 | M | | |
| 38. | | | | | Distributed | 11/13/20 | N | | See Note # 13-To line 408 |
| 39. Trident VI LP | | None | L | U | Sold (part) | 04/10/20 | M | | |
| 40. Kinderhook Capital Fund II LP | | None | P1 | U | | | | | |
| 41. Kohls Corp (Com). | F | Dividend | P1 | T | Buy (add'l) | 05/19/20 | L | | |
| 42. KPB Partners LP | | None | P1 | U | | | | | |
| 43. Thornburg-Income Builder Cl 1 | C | Dividend | L | T | | | | | |
| 44. Thornburg Global Opportunity Cl 1 | D | Dividend | M | T | | | | | |
| 45. Thornburg CRE GWT (IRA) N/C Thornburg Small/Midcap GF | F | Dividend | O | T | | | | | |
| 46. Ironwood Management Partners Fund II LP | | None | O | U | Sold (part) | 11/20/20 | O | | |
| 47. | | | | | Sold (part) | 12/23/20 | K | | |
| 48. RGI Partners II B LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 49. RGI Partners Ltd | G | Distribution | P1 | U | Sold (part) | 02/18/20 | M | | See Note # 1 |
| 50. | | | | | Sold (part) | 12/23/20 | P1 | | |
| 51. Tailwind Capital Partners LP | | | | | | | | | See Note # 4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Apex Companies LLC | D | Distribution | | | Sold | 02/26/20 | J | | See Note # 1 |
| 53. --Oceus Networks,Inc | | None | | | Buy (add'l) | 04/22/20 | N | | |
| 54. | | | | | Closed | 12/31/20 | | | See Note # 11 |
| 55. --Optimal Solutions Intergration Inc | G | Distribution | L | U | | | | | See Note # 1 |
| 56. --Cumberland Consulting Group,LLC | G | Distribution | M | U | | | | | See Note # 1 |
| 57. Tailwind Management LP | G | Distribution | P1 | U | Sold (part) | 12/31/20 | N | | See Note # 1 |
| 58. Tailwind Capital Partners (GP) LP | | | | | | | | | See Note # 4 |
| 59. --Apex Companies LLC | A | Distribution | K | U | | | | | See Note # 1 |
| 60. --Oceus Networks Inc. | | None | | | Buy (add'l) | 04/22/20 | O | | |
| 61. | | | | | Closed | 12/31/20 | | | See Note # 11 |
| 62. --Optimal | G | Distribution | M | U | | | | | See Note # 1 |
| 63. --Cumberland Consulting Group LLC | F | Distribution | O | U | | | | | See Note # 1 |
| 64. Safe Bulkers Inc(Com) | | None | N | T | Buy (add'l) | 01/10/20 | K | | |
| 65. | | | | | Buy (add'l) | 04/16/20 | K | | |
| 66. | | | | | Buy (add'l) | 07/12/20 | K | | |
| 67. | | | | | Buy (add'l) | 10/18/20 | K | | |
| 68. Asling Investors III LP | F | Distribution | L | U | Sold (part) | 02/21/20 | J | | See Note # 1 |

1. Income Gain Codes:    A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 11/06/20 | L | | |
| 70. Eastern Growth Capital II LP | F | Distribution | L | U | Sold (part) | 07/30/20 | L | | See Note # 1 |
| 71. Eastern Growth Capital II LP(IRA) | G | Distribution | M | U | Distributed (part) | 07/24/20 | M | | See Note # 1 & 14 |
| 72. Linx-Metaltech Co Investment LLC | | None | | | Sold (part) | 11/13/20 | K | | |
| 73. | | | | | Sold | 12/03/20 | J | | |
| 74. Olympus Capital Asia IV LP | | None | O | U | | | | | |
| 75. Safe Bulkers Inc (Com)(IRA) | | None | K | T | | | | | |
| 76. Towerbrook Investors III Executive Fund LP | | None | K | U | Sold (part) | 06/10/20 | L | | |
| 77. First Republic Bank (Checking) | A | Interest | | | Closed | 05/26/20 | M | | |
| 78. Kinderhook Capital Fund III LP | | None | | | Buy (add'l) | 02/14/20 | K | | |
| 79. | | | | | Sold (part) | 02/14/20 | K | | |
| 80. | | | | | Sold | 12/28/20 | P1 | | |
| 81. Rapid Ratings International Inc (Com) | | None | P2 | T | | | | | |
| 82. Parkstone Capital Partners LLC | | None | K | U | | | | | |
| 83. UBS Bank USA Dep MM (IRA) | A | Interest | M | T | | | | | |
| 84. Tailwind Capital Group LLC | | None | K | U | | | | | |
| 85. CSL Energy Opportunity Fd I LP | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Parkstone Capital Partners II LP | | None | M | U | | | | | |
| 87. Highland Investment Group LLC | A | Distribution | J | U | Sold (part) | 01/28/20 | J | | See Note # 1 |
| 88. Artiman Venture Fund LP | | None | J | U | | | | | |
| 89. EHP Ventures LLC | D | Distribution | O | U | | | | | See Note # 1 |
| 90. Collision Funding Partners LLC | | None | N | U | | | | | |
| 91. Figue Holdings LLC (Class B Common) | D | Distribution | | | Sold | 12/31/20 | J | | See Note # 1' |
| 92. JustFamily.Com,Inc(.Preferred Stock) | | None | N | T | | | | | |
| 93. Kenesto Corp (Preferred C) | | None | P1 | T | | | | | |
| 94. MogilityCapital Fund LP | | None | M | U | Sold (part) | 02/06/20 | J | | |
| 95. OpenFin Inc.(Preferred Stock) | | None | N | T | | | | | |
| 96. Remedy Pharmaceuticals Inc | G | Dividend | P1 | T | Sold (part) | 01/29/20 | M | | |
| 97. Cardflight Inc (Preferred) | E | Interest | O | T | Sold (part) | 01/24/20 | K | | |
| 98. Gain Fitness Inc(Com) | | None | M | T | | | | | |
| 99. CMNet Inc (D/B/A iSeek Corp) Ser C (Preferred) | | None | N | T | | | | | |
| 100. Linx RE-Co-Invest LLC | | None | M | U | | | | | |
| 101. Linx III LP | G | Distribution | P1 | U | Buy (add'l) | 09/11/20 | K | | See Note # 1 |
| 102. | | | | | Sold (part) | 09/11/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Monaeo Inc(Conv. Promissory Note) N/C Topia Ltd Ser D | | None | O | T | | | | | |
| 104. Romulus Capital II US Feeder LP | | None | N | U | | | | | |
| 105. Linx-Grammer Co LLC | C | Distribution | J | U | Sold (part) | 01/13/20 | J | | See Note # 1 |
| 106. | | | | | Sold (part) | 08/26/20 | J | | |
| 107. | | | | | Sold (part) | 09/11/20 | J | | |
| 108. Tailwind Capital Partners II LP | | | | | | | | | See Note # 8 |
| 109. --Diamondback Drugs of Delaware LLC | | None | K | U | | | | | |
| 110. --Long's Drugs Inc | F | Distribution | P1 | U | Sold (part) | 02/12/20 | K | | See Note # 1 |
| 111. | | | | | Sold (part) | 11/12/20 | L | | |
| 112. --Colony Hardware Corp | E | Distribution | O | U | Sold (part) | 10/29/20 | K | | See Note # 1 |
| 113. | | | | | Buy (add'l) | 11/12/20 | K | | |
| 114. --Lieberman Research Worldwide LLC/ (N/C) Material | G | Distribution | P1 | U | Sold (part) | 01/14/20 | K | | See Note # 1 |
| 115. | | | | | Sold (part) | 10/20/20 | J | | |
| 116. --TowerCo IV Holdings LLC | | None | | | Sold (part) | 01/08/20 | K | | |
| 117. | | | | | Sold | 10/20/20 | J | | |
| 118. --Cumming Group LLC | G | Distribution | P1 | U | Sold (part) | 12/18/20 | N | | See Note # 1 |
| 119. --Distinct Holdings Group,Inc (-dba Diversified ) | | None | P1 | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --MetroGistics N/C Acertus | | None | P1 | U | | | | | |
| 121. --Stratix Corp | | None | P1 | U | | | | | |
| 122. --AST Corporation | | None | O | U | | | | | |
| 123. --DermaRite Industires LLC | | None | O | U | | | | | |
| 124. --Edenbridge Pharmceuticals LLC | | None | P1 | U | | | | | |
| 125. --HMT Holdings Inc | G | Distribution | P1 | U | Sold (part) | 01/08/20 | N | | See Note # 1 |
| 126. --TW Lone Peak Master LLC | E | Distribution | N | U | Sold (part) | 10/20/20 | J | | See Note # 1 |
| 127. Trust # 4 | | | | | | | | | See Note # 7 |
| 128. --Principal Global Diversified Income Fd Cl A | | None | | | Sold | 01/03/20 | O | | |
| 129. --Thornburg Income Builders Cl 1 | G | Dividend | P1 | T | | | | | |
| 130. --Thornburg Global Opp Fd Cl 1 | G | Dividend | P1 | T | Sold (part) | 06/15/20 | N | D | |
| 131. --Thornburg Intl Value Fd 1 (N/C) Thornburg Intl Equity FD | E | Dividend | O | T | | | | | |
| 132. --Thornburg Limited Term Inc Cl 1 | F | Dividend | P1 | T | Sold (part) | 12/14/20 | M | D | |
| 133. --UBS Bank USA Dep Account | B | Interest | M | T | | | | | |
| 134. --JP Morgan Checking | A | Interest | M | T | | | | | |
| 135. -EHP Ventures LLC | B | Distribution | M | U | | | | | See Note # 1 |
| 136. --Microsoft Corp(Com) | E | Dividend | P1 | T | Sold (part) | 07/24/20 | M | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Safebulkers Inc | | None | K | T | | | | | |
| 138. --Martin Pharmaceuticals,Inc(Convertible Note) | | None | M | T | | | | | |
| 139. --Kinderhook Capital Fund VI LP | | None | L | U | Buy (add'l) | 10/05/20 | K | | |
| 140. --Alliance Bernstein Holdings LP MLP | E | Distribution | N | U | Sold (part) | 12/30/20 | K | | See Note # 1 |
| 141. --Ares Capital Corp | E | Dividend | N | T | Sold (part) | 06/24/20 | O | | |
| 142. --Acreto Cloud Corp(Conv Promissory Note) | | None | L | T | Buy | 12/21/20 | L | | |
| 143. --Woolsey Pharmaceuticals Inc(Ser A Preferred) | | None | M | T | Buy | 02/04/20 | M | | |
| 144. --Rapid Ratings Intl (Common) | | None | M | T | Buy | 01/02/20 | N | | |
| 145. ---Tailwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 146. --Anvil/Smith Cooper | | None | O | U | Buy (add'l) | 02/24/20 | L | | |
| 147. --Benevis Holding Corp | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 148. --Abode Healthcare, Inc | B | Distribution | | | Sold | 02/24/20 | J | | See Note # 1 |
| 149. --Convergence Technologies,Inc | | None | M | U | Buy (add'l) | 12/03/20 | K | | |
| 150. --Loenbro LLC | | None | M | U | | | | | |
| 151. --Banner Solutions | | None | M | U | Buy (add'l) | 09/11/20 | M | | |
| 152. --Randys Worldwide Automotive Inc | | None | N | U | Buy (add'l) | 09/11/20 | J | | |
| 153. --Ventiv Technlogy | | None | N | U | Buy (add'l) | 06/10/20 | N | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --Invatron Systems | | None | M | U | Buy (add'l) | 09/11/20 | M | | |
| 155. --Arrow Stream | | None | M | U | Buy | 12/31/20 | M | | |
| 156. --EverVet | | None | J | U | Buy | 12/31/20 | J | | |
| 157. --Anvil Debt | C | Distribution | K | U | Buy | 12/03/20 | K | | See Note # 1 |
| 158. --TPRC | | None | N | U | Buy | 12/31/20 | N | | |
| 159. Trust # 3 | | | | | | | | | See Note # 7 |
| 160. --Thornburg Income Builders Cl 1 | G | Dividend | P1 | T | Sold (part) | 06/15/20 | M | D | |
| 161. --Thornburg Global Opportunities Fd | F | Dividend | P1 | T | Sold (part) | 06/15/20 | M | E | |
| 162. --Thornburg Intl Value Fd | E | Dividend | P1 | T | Sold (part) | 06/15/20 | M | B | |
| 163. --UBS Bank USA -Depost Account | A | Interest | N | T | | | | | |
| 164. --SPC Intermex LP | G | Distribution | L | U | Sold (part) | 10/06/20 | N | | See Note # 1 |
| 165. | | | | | Sold (part) | 11/05/20 | K | | |
| 166. --Kinderhook VI LP | | None | K | U | Buy | 10/05/20 | K | | |
| 167. --Tailwind Capital Partners III LP | | | | | | | | | See Note # 10 |
| 168. -- Anvil/Smith Cooper International | | None | M | U | Buy (add'l) | 02/24/20 | K | | |
| 169. --Benevis Holding Corp | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 170. --Abode Healthcare, Inc | A | Distribution | | | Sold | 02/24/20 | J | | See Note # 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. --Convergence Technologies,Inc | | None | L | U | Buy (add'l) | 12/03/20 | K | | |
| 172. --Loenbro LLC | | None | K | U | | | | | |
| 173. --Banner Solutions | | None | L | U | Buy (add'l) | 09/11/20 | M | | |
| 174. --Randys Worldwide Automotive Inc | | None | M | U | Buy (add'l) | 09/11/20 | J | | |
| 175. --Ventiv Technology | | None | M | U | Buy (add'l) | 06/10/20 | M | | |
| 176. --Invatron Systems | | None | L | U | Buy (add'l) | 09/11/20 | K | | |
| 177. --Arrow Stream | | None | L | U | Buy | 12/31/20 | L | | |
| 178. --EverVet | | None | J | U | Buy | 12/31/20 | J | | |
| 179. --Anvil Debt | | None | J | U | Buy | 12/03/20 | K | | |
| 180. --TPRC | | None | M | U | Buy | 12/31/20 | M | | |
| 181. Tailwind Capital Partners II (GP)LP | | | | | | | | | See Note # 8 |
| 182. --Colony Hardware Corp | D | Distribution | N | U | Buy (add'l) | 12/21/20 | J | | See Note # 1 |
| 183. | | | | | Sold (part) | 12/21/20 | J | | |
| 184. --Cummings Group Inc | F | Distribution | P1 | U | Buy (add'l) | 12/21/20 | J | | See Note # 1 |
| 185. | | | | | Sold (part) | 12/18/20 | M | | |
| 186. --Diamondback Drugs of Delaware LLC | C | Distribution | N | U | | | | | See Note # 1 |
| 187. --Distinct Holdings Group,Inc(dba Diversified) | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. --Long's Drugs Inc | F | Distribution | P1 | U | Sold (part) | 12/20/20 | J | | See Note # 1 |
| 189. --Lieberman Research Worldwide LLC/(N/C) Material | C | Distribution | P1 | U | Sold (part) | 12/20/20 | K | | See Note # 1 |
| 190. --Acertus | | None | P1 | U | | | | | |
| 191. --Stratix Corp | | None | P1 | U | | | | | |
| 192. --TowerCo IV Holdings LLC | | None | | | Sold | 01/08/20 | J | | |
| 193. --AST Corporation | | None | O | U | | | | | |
| 194. --DermaRite Industries LLC | | None | O | U | | | | | |
| 195. --Edenbridge Pharmaceuticals LLC | | None | P1 | U | | | | | |
| 196. --HMT Holdings Inc | | None | O | U | Sold (part) | 01/08/20 | M | | |
| 197. --TW Lone Peak Master LLC | C | Distribution | N | U | | | | | See Note # 1 |
| 198. The Yard (Promissory Note) | C | Interest | L | T | | | | | |
| 199. RGI Partners B LP | E | Distribution | N | U | Sold (part) | 01/13/20 | J | | See Note # 1 |
| 200. | | | | | Sold (part) | 12/23/20 | N | | |
| 201. Radius Networks Inc (Com) | | None | O | T | Buy (add'l) | 12/08/20 | L | | |
| 202. Safebulkers Ser D 8 % Preferred | E | Dividend | M | T | | | | | |
| 203. ChartIQ LLC | | None | N | U | | | | | |
| 204. Transplant Genomics Inc (Convertible Note) | | None | | | Sold | 03/16/20 | O | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Transplant Genomics Inc( Preferred A) | | None | | | Sold | 03/16/20 | M | F | |
| 206. Real Endpoints LLC | | None | O | U | | | | | |
| 207. Valuestream Development Lab Fund LLC | | None | M | U | | | | | |
| 208. Romulus Placester Special Opportunity Fd | | None | L | U | | | | | |
| 209. Grove Hospitality Asia GP LLC | | None | | | Sold | 01/02/20 | J | | |
| 210. Grove Hospitality Europe GP LLC | | None | | | Sold | 01/02/20 | J | | |
| 211. Grove Aurelis II GP LLC | E | Distribution | N | U | Sold (part) | 01/13/20 | J | | See Note # 1 |
| 212. | | | | | Sold (part) | 05/06/20 | J | | |
| 213. GN WMC LLC | | None | | | Sold | 01/02/20 | J | | |
| 214. Romulus Cohealo Special Opportunity Fund LP | | None | M | U | | | | | |
| 215. Safebulkers Inc (Ser C Preferred) (IRA) | D | Dividend | L | T | | | | | |
| 216. Personalized Cancer Therapy Inc (Com) d/b/a( PERTHA) | | None | O | T | | | | | |
| 217. Romulus ELC B3 Special Opportunity LP | | None | M | U | | | | | |
| 218. Sommetrics. Inc (Preferred Ser B) | | None | N | T | | | | | |
| 219. Sensai Corp (Converitible Note) | | None | M | T | | | | | |
| 220. Cycle Pharmaceuticals LTD (Ser A Shares) | | None | P1 | T | Sold (part) | 10/15/20 | N | G | |
| 221. Free ATM Inc (Ser A Preferred) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Engage Simply Inc (Convertible Note) | | None | K | T | | | | | |
| 223. Build and Imagine LLC | C | Distribution | J | U | Sold (part) | 12/21/20 | J | | See Note # 1 |
| 224. Linx-Transpro Co-Invest LLC | A | Distribution | M | U | Sold (part) | 09/11/20 | J | | See Note # 1 |
| 225. Linx-Gullett Co-Invest LLC | | None | M | U | | | | | |
| 226. 50 Mast LLC | | None | M | U | | | | | |
| 227. AG Team Partners LLC | | None | M | U | | | | | |
| 228. AG Team Partnners III LP | | None | M | U | | | | | |
| 229. CSL Energy Opp Fund II LP | | None | M | U | | | | | |
| 230. Estimize Inc (Ser B Preferred) | | None | M | T | | | | | |
| 231. Grotech Ventures III LP | G | Distribution | O | U | Buy (add'l) | 01/15/20 | K | | See Note # 1 |
| 232. | | | | | Buy (add'l) | 04/03/20 | K | | |
| 233. | | | | | Buy (add'l) | 09/14/20 | K | | |
| 234. | | | | | Buy (add'l) | 12/17/20 | K | | |
| 235. | | | | | Sold (part) | 05/11/20 | L | | |
| 236. | | | | | Sold (part) | 07/24/20 | L | | |
| 237. Karma Culture LLC | | None | M | U | | | | | |
| 238. Kinderhook Capital Fund IV | | None | P1 | U | Buy (add'l) | 12/21/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Buy (add'l) | 08/18/20 | L | | |
| 240. | | | | | Sold (part) | 02/21/20 | P1 | | |
| 241. Linx-CPT Co Invest LLC | B | Interest | L | U | Sold (part) | 01/13/20 | J | | |
| 242. | | | | | Sold (part) | 04/17/20 | J | | |
| 243. | | | | | Sold (part) | 07/17/20 | J | | |
| 244. Oxy Docs, Inc (Conv Promissory Note) | | None | O | T | Buy (add'l) | 09/17/20 | L | | |
| 245. Olympus Capital Asia Fd V LP | | None | O | U | Buy (add'l) | 01/21/20 | K | | |
| 246. | | | | | Buy (add'l) | 02/20/20 | L | | |
| 247. | | | | | Sold (part) | 12/08/20 | L | | |
| 248. Aila. (Ser A Preferred) | | None | M | T | | | | | |
| 249. Romulus Capital III (US) Feeder LP | | None | P1 | U | | | | | |
| 250. Perry Lane LLC | | None | N | U | Buy (add'l) | 04/08/20 | K | | |
| 251. | | | | | Sold (part) | 03/02/20 | J | | |
| 252. Slingshot Insights Inc (Conv. Promissory Note) | D | Interest | M | T | | | | | |
| 253. TBCP Jacksonville LLC | | None | J | U | | | | | |
| 254. Terafina Inc (Conv Promissory Note) | | None | O | T | | | | | |
| 255. Highland Resort At the Peaks LLC | | None | L | U | Sold (part) | 01/28/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 H1 =$1,000,001 - $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | | | G =$100,001 - $1,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Edward Jones Retirement MM(IRA) | A | Dividend | J | T | | | | | |
| 257. Fidelity (Cash) | A | Interest | L | T | | | | | |
| 258. Figue Holdings LLC | | None | | | Sold | 12/31/20 | J | | |
| 259. Gain Fitness Inc(Conv Note) | | None | M | T | | | | | |
| 260. Aisling Capital IV LP | E | Distribution | P1 | U | Buy (add'l) | 01/03/20 | K | | See Note # 1 |
| 261. | | | | | Buy (add'l) | 03/23/20 | K | | |
| 262. | | | | | Buy (add'l) | 08/10/20 | K | | |
| 263. | | | | | Buy (add'l) | 10/09/20 | L | | |
| 264. | | | | | Buy (add'l) | 10/19/20 | K | | |
| 265. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 266. Collision Funding Partners LLC (Note) | | None | K | T | | | | | |
| 267. Linx-Elite Co Invest LLC | B | Interest | M | U | Sold (part) | 12/03/20 | J | | |
| 268. Linx-Nebr Co Invest LLC | | None | N | U | | | | | |
| 269. Romulus Estify Sp Opportunity LP | | None | M | U | | | | | |
| 270. Romulus Growth Cogito LP | | None | M | U | | | | | |
| 271. Strategic Alternative Fund Group LLC | | None | L | U | | | | | |
| 272. Parkstone Capital Partners IV Holdings LP | | None | M | U | Sold (part) | 12/21/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Fulling Mills LLC | | None | O | U | | | | | |
| 274. Ram Realty IV LP | | None | O | U | | | | | |
| 275. Alpine-Gleenwood LP | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 276. BigID Inc(Conv Note) | | None | M | T | | | | | |
| 277. Lending Front Inc (Conv Note) | | None | M | T | | | | | |
| 278. Mine One GMBH (Ser A sh) (IRA) | | None | M | T | | | | | |
| 279. Relationship Capital Partners Inc (Conv Notes) | | None | O | T | | | | | |
| 280. PHRP LLC | | | | | | | | | See Note # 9 |
| 281. --Shareablee Inc (Ser A Pref) | | None | P1 | T | | | | | See Note # 9 |
| 282. Skyfront Corp (Note Rec) | | None | K | T | | | | | |
| 283. SPC Intermex LP | G | Distribution | L | U | Sold (part) | 10/06/20 | N | | See Note # 1 |
| 284. | | | | | Sold (part) | 11/16/20 | K | | |
| 285. UBS Bank USA Deposit Ac | A | Interest | K | T | | | | | |
| 286. 312 Atlantic Ave LLC | | None | M | U | | | | | |
| 287. Flank 71 Smith LLC | | None | O | U | | | | | |
| 288. UBS Bank USA BUS ACCT(Foundation # 1) | | None | L | T | | | | | |
| 289. Cyriline Morgan (Personal Note) | C | Interest | M | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)          U =Book Value             V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Loch Lomond Golf Club(Ser C) | | None | M | T | | | | | |
| 291. UBS Bank USA Dept Ac (IRA) | A | Interest | M | T | | | | | |
| 292. Thornburg Global Oppy Fd CL A(IRA) | F | Dividend | O | T | | | | | |
| 293. American Balanced Fund Inc (IRA) | E | Dividend | N | T | | | | | |
| 294. American Fund Global Balanced (IRA) | D | Dividend | N | T | | | | | |
| 295. Nucana PLC GBR (IRA) | | None | P1 | T | Sold (part) | 03/05/20 | M | E | |
| 296. | | | | | Distributed (part) | 11/23/20 | O | | See Note # 6-To line 412 |
| 297. Relationship Capital Partners (IRA) (Convertible Promissory Note) | | None | L | T | | | | | |
| 298. ERA Investor Fund 6 LP | | None | M | U | | | | | |
| 299. Groupize Inc (Ser A-2 pfd) | | None | O | T | Buy (add'l) | 08/13/20 | M | | |
| 300. Medaptive Health Inc (Conv Prom) | | None | M | T | Buy (add'l) | 07/30/20 | K | | |
| 301. Shiftsmart Inc (Ser AA Preferred) | | None | M | T | Buy (add'l) | 01/24/20 | L | | |
| 302. BondCliQ Inc (Conv Promissory Note) | | None | M | T | | | | | |
| 303. Nextremity Solutions Inc (Ser B Preferred) | | None | O | T | | | | | |
| 304. TG& L Holdings LLC(Convertible Note) | | None | O | T | | | | | |
| 305. Entrepreneurs Expansion Fund III LP | | None | M | U | Buy (add'l) | 02/28/20 | K | | |
| 306. KInderhook V LP | | None | P1 | U | Buy (add'l) | 07/27/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 10/26/20 | N | | |
| 308. | | | | | Sold (part) | 03/23/20 | P1 | | |
| 309. Valuestream Ventures 2017 LLC | | None | O | U | Buy (add'l) | 04/20/20 | L | | |
| 310. | | | | | Buy (add'l) | 11/10/20 | K | | |
| 311. Workbench Ventures III LLC | | None | M | U | Buy (add'l) | 02/14/20 | K | | |
| 312. | | | | | Buy (add'l) | 10/27/20 | J | | |
| 313. | | | | | Buy (add'l) | 12/29/20 | J | | |
| 314. 71 Smith Retail Venture LLC | | None | O | U | Buy (add'l) | 09/30/20 | L | | |
| 315. First Republic Checking | A | Interest | | | Closed | 05/26/20 | M | | |
| 316. Generation Tux (Ser D-2 Preferred) | | None | M | T | | | | | |
| 317. Seventh Sibling LLC (Promissory Note) | | None | K | T | | | | | |
| 318. RGI Recap Partners LLC | G | Distribution | P1 | U | Sold (part) | 01/13/20 | K | | See Note # 1 |
| 319. | | | | | Sold (part) | 05/06/20 | K | | |
| 320. | | | | | Sold (part) | 12/23/20 | M | | |
| 321. Parkstone Capital Partners III LP | E | Distribution | N | U | Sold (part) | 11/23/20 | K | | See Note # 1 |
| 322. 1101 Grundy Property Owner LLC | | None | O | U | | | | | |
| 323. Adaptive Management Inc (Convertible Promissory Note) | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Blue Systems A.Y. Ltd (Ordinary) DBA Gabriel Networks | | None | L | T | Buy (add'l) | 04/01/20 | K | | |
| 325. B Hospitality Corp (Series Seed Preferred) | | None | M | T | Buy (add'l) | 02/11/20 | L | | |
| 326. Felix Gray Inc (Ser A-1 Preferred) | | None | M | T | | | | | |
| 327. findSisterhood Inc (Convertible Promissory Note) | | None | N | T | | | | | |
| 328. LA Aloe LLC | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 329. Linx-CTAM Co-Invest, LLC | | None | M | U | | | | | |
| 330. Plum Alley Syndicate XIII LLC | | None | M | U | | | | | |
| 331. Vitalis LLC | | None | M | U | | | | | |
| 332. Ladder Capital Corp (Com) (IRA) | E | Dividend | N | T | Buy (add'l) | 03/09/20 | M | | |
| 333. AG Team Partners II LP | | None | M | U | Buy (add'l) | 01/21/20 | K | | |
| 334. Martin Pharmaceuticals Inc (Convertible Promissory Note) | | None | M | T | | | | | |
| 335. Clarke (Mortgage) N/C | E | Interest | N | T | | | | | |
| 336. MiMeetings d/b/a 242 LLC (Convertible Promissory Note) | | None | L | T | | | | | |
| 337. Modumental Inc (Convertible Promissory Note) | | None | L | T | | | | | |
| 338. Popin Inc (Series Seed Preferred) | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 339. Second Screen Inc (Convertible Promissory Note) | | None | | | Sold | 09/04/20 | J | | |
| 340. SPC Vereco LP | | None | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Tallarium Limited (Preferred Shares) | | None | N | T | Buy (add'l) | 09/17/20 | L | | |
| 342. The Square Foot Inc (Series A Preferred) | | None | N | T | | | | | |
| 343. xtra Chef Inc(Note) | | None | M | T | Buy (add'l) | 06/04/20 | K | | |
| 344. EHP Ventures LLC | | None | M | T | | | | | |
| 345. Mine One Gmbh (Series B) | | None | K | T | | | | | |
| 346. Tailwind III LP | | | | | | | | | See Note # 10 |
| 347. --Anvil/Smith Cooper International | | None | P1 | U | Buy (add'l) | 02/25/20 | M | | |
| 348. --Benevis Holding Corp | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 349. --Abode Healthcare Inc | B | Distribution | | | Sold | 02/24/20 | J | | See Note # 1 |
| 350. --Convergence Technologies Inc | | None | O | U | Buy (add'l) | 12/14/20 | M | | |
| 351. --Loenbro LLC | | None | N | U | | | | | |
| 352. --Banner Solutions | | None | O | U | Buy (add'l) | 09/11/20 | O | | |
| 353. --Randys Worldwide Automotive Inc | | None | P1 | U | Buy (add'l) | 09/11/20 | J | | |
| 354. --Ventiv Technology | | None | P1 | U | Buy (add'l) | 06/10/20 | P1 | | |
| 355. --Invatron Systems | | None | O | U | Buy (add'l) | 09/11/20 | O | | |
| 356. --ArrowStream | | None | O | U | Buy | 12/31/20 | O | | |
| 357. --EverVet | | None | K | U | Buy | 12/31/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Anvil Debt | | None | M | U | Buy | 12/03/20 | M | | |
| 359. --TPRC | | None | P1 | U | Buy | 12/31/20 | P1 | | |
| 360. Tailwind III GP LP | | | | | | | | | See Note # 10 |
| 361. -- Anvil/Smith Cooper | | None | N | U | Buy (add'l) | 02/25/20 | J | | |
| 362. --Benevis Holding Corp | | None | | | Closed | 12/31/20 | | | See Note # 11 |
| 363. --Abode Healthcare Inc | A | Distribution | K | U | Sold (part) | 12/31/20 | J | | See Note # 1 |
| 364. --Convergence Technologies Inc | | None | L | U | | | | | |
| 365. --Loenbro LLC | | None | L | U | | | | | |
| 366. --Banner Solutions | | None | L | U | | | | | |
| 367. --Randys Worldwide Automotive Inc | | None | M | U | | | | | |
| 368. --Ventiv Technology | | None | M | U | Buy (add'l) | 06/10/20 | K | | |
| 369. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 370. --Invatron Systems | | None | L | U | | | | | |
| 371. --ArrowStream | | None | L | U | Buy | 12/31/20 | L | | |
| 372. --EverVet | | None | J | U | Buy | 12/31/20 | J | | |
| 373. --Anvil Debt | | None | J | U | Buy | 12/31/20 | J | | |
| 374. --TPRC | | None | M | U | Buy | 12/31/20 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. adTheorent Inc(X) | C | Distribution | | | Sold | 02/06/20 | J | | See Note # 1 & Note # 3 |
| 376. Presto (Convertible Promissory Notes) | | None | N | T | | | | | |
| 377. Airbud Technologies Inc( Seed Series Preferred)(N/C)Hydra AI | | None | M | T | Buy (add'l) | 08/14/20 | L | | |
| 378. Aising V LP | | None | P1 | U | Buy (add'l) | 02/06/20 | M | | |
| 379. | | | | | Buy (add'l) | 09/21/20 | M | | |
| 380. | | | | | Buy (add'l) | 10/23/20 | M | | |
| 381. | | | | | Buy (add'l) | 12/28/20 | N | | |
| 382. | | | | | Buy (add'l) | 11/30/20 | L | | |
| 383. | | | | | Buy (add'l) | 08/21/20 | M | | |
| 384. Apteo Inc ((Series Seed 1 Preferred) | | None | M | T | Buy (add'l) | 12/02/20 | L | | |
| 385. Ares Capital Corp (Com) (IRA) | F | Dividend | O | T | Buy (add'l) | 03/09/20 | M | | |
| 386. | | | | | Sold (part) | 07/24/20 | M | | |
| 387. EVZDRP Inc (Convertible Note) | | None | K | T | | | | | |
| 388. Flank GP Fund | | None | P1 | U | Buy (add'l) | 06/03/20 | N | | |
| 389. Linx-TGS Co-Invest LLC | C | Interest | M | U | Sold (part) | 01/13/20 | J | | |
| 390. | | | | | Sold (part) | 04/08/20 | J | | |
| 391. | | | | | Sold (part) | 07/07/20 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold (part) | 07/20/20 | J | | |
| 393. | | | | | Sold (part) | 09/11/20 | J | | |
| 394. | | | | | Sold (part) | 10/09/20 | J | | |
| 395. Braveheart Wireless Inc(Ser A Preferred) | | None | M | T | Buy (add'l) | 02/12/20 | L | | |
| 396. Nucleus Data and Analytics Inc (Com) | | None | M | T | | | | | |
| 397. Jifiti.COM Inc (Seed Ser) | | None | M | T | | | | | |
| 398. 242 LLC DBA Event Ground Global | | None | L | U | Buy (add'l) | 11/13/20 | K | | |
| 399. Kinderhook VI LP | | None | M | U | Buy (add'l) | 07/27/20 | M | | |
| 400. | | | | | Sold (part) | 10/15/20 | L | | |
| 401. Ogilvie Family LP (Promissory Note) | E | Interest | N | T | Sold (part) | 12/31/20 | K | | See Note # 12 |
| 402. VRMarket Data LLC (Ser B Preferred) | | None | N | T | | | | | |
| 403. Green Africa/Green White Group Limited | | None | N | T | Buy (add'l) | 12/23/20 | M | | |
| 404. Vanguard Group (401K) | | | | | | | | | |
| 405. --Vanguard Life Strategy Growth Inv | | None | O | T | Buy (add'l) | 09/18/20 | M | | |
| 406. | | | | | Buy (add'l) | 10/02/20 | K | | |
| 407. --DFA TA Wrld ex US Core Equity Port | | None | | | Sold | 09/18/20 | M | | |
| 408. Towerbrook Investors II Executive Trust | E | Distribution | N | U | Spinoff (from line 38) | 11/13/20 | N | | See Note # 1 and Note #13 |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Redwood Grove Internations Mgt LLC | C | Distribution | K | U | Buy | 01/16/20 | K | | |
| 410. | | | | | Sold (part) | 02/18/20 | J | | |
| 411. UBS (Roth IRA) | | | | | | | | | |
| 412. --Nucana PLC | | None | O | T | Spinoff (from line 296) | 11/23/20 | O | | See Note # 6 |
| 413. CSG Systems (Foundation 1) | | None | | | Spinoff (from line 10) | 03/12/20 | M | | See Note # 5 |
| 414. | | | | | Sold | 03/12/20 | M | | |
| 415. JetBlue Airway Corp (Foundation 1) | | None | | | Spinoff (from line 32) | 02/14/20 | O | | See Note # 5 |
| 416. | | | | | Sold | 05/22/20 | N | | |
| 417. Colgate- Polmolive Co (Com) | | None | O | T | Buy | 11/24/20 | P2 | | |
| 418. | | | | | Sold (part) | 11/24/20 | P1 | | |
| 419. Proctor & Gamble Co(Com) | | None | O | T | Buy | 11/24/20 | P2 | | |
| 420. | | | | | Sold (part) | 11/24/20 | P1 | | |
| 421. Biomage Ltd (Ordinary Shs) | | None | M | T | Buy | 09/09/20 | M | | |
| 422. Biosymetrics Inc (Com) | | None | L | T | Buy | 07/01/20 | L | | |
| 423. ChargingLedger Inc (Series Seed) | | None | K | T | Buy | 04/14/20 | K | | |
| 424. Eluceda Ltd (Ordinary shares) | | None | M | T | Buy | 10/27/20 | M | | |
| 425. Enalare Therropeutics Inc (Conv Promissory Note) | | None | M | T | Buy | 12/23/20 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Hello Hazel (Series Seed) | | None | L | T | Buy | 12/18/20 | L | | |
| 427. Acredo Cloud Corp (Conv Promissory Note) | A | Interest | N | T | Buy | 12/08/20 | N | | |
| 428. Melitas Ventures Fund II LP | | None | L | U | Buy | 12/23/20 | L | | |
| 429. Nayya Health Inc (Ser A Preferred) | | None | L | T | Buy | 11/13/20 | L | | |
| 430. Qvale Technology Inc (Preferred Stock) | | None | M | T | Buy | 03/26/20 | M | | |
| 431. Remus Corp IV LP | | None | M | U | Buy | 06/10/20 | M | | |
| 432. Remus Capital Ser B II LP | | None | N | U | Buy | 06/10/20 | N | | |
| 433. Saroras Hippo LP | | None | N | U | Buy | 06/26/20 | N | | |
| 434. Serface Care Inc (Ser A) | | None | L | T | Buy | 02/25/20 | L | | |
| 435. SOSV Indio Bio NY LP | | None | K | U | Buy | 09/01/20 | K | | |
| 436. Symetry ML Inc (Com) | | None | L | T | Buy | 07/01/20 | L | | |
| 437. Venio Holdings LLC | | None | M | U | Buy | 07/29/20 | M | | |
| 438. Woolsey Pharmaceuticals Inc (Ser A Preferred) | | None | M | T | Buy | 02/04/20 | M | | |
| 439. ERA Investors Fund 7 LLC | | None | M | U | Buy | 01/16/20 | M | | |
| 440. Fieldpoint Private (IRA) | | | | | | | | | |
| 441. --Liquid Insured Deposits | A | Dividend | K | | Spinoff (from line 71) | 07/24/20 | M | | See Note # 14 |
| 442. | | | | | Buy | 08/28/20 | O | | See Note # 14 |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Federated Hermes Kaufman Sm Cap | A | Dividend | | | Buy | 08/31/20 | K | | |
| 444. | | | | | Sold | 12/07/20 | K | | |
| 445. --Polen Groth Fund Inst | A | Dividend | | | Buy | 08/31/20 | L | | |
| 446. | | | | | Sold | 12/07/20 | L | | |
| 447. --WCM Focused Emerg Mkts | | None | | | Buy | 08/31/20 | J | | |
| 448. | | | | | Sold | 12/07/20 | K | | |
| 449. --WCM Focused Intl Fd | | None | | | Buy | 08/31/20 | K | | |
| 450. | | | | | Sold | 12/07/20 | K | | |
| 451. --Parnassus Core Equity FD | C | Dividend | | | Buy | 08/31/20 | K | | |
| 452. | | | | | Sold | 12/04/20 | K | | |
| 453. --Pimco Short Term Ins | A | Dividend | M | T | Buy | 12/07/20 | M | | |
| 454. --Accenture PLC | | None | K | T | Buy | 12/04/20 | K | | See Note #15-Line 454-518 |
| 455. --Abbott Labs (Com) | | None | K | T | Buy | 12/04/20 | K | | |
| 456. --Adobe Sys Inc (Com) | | None | K | T | Buy | 12/04/20 | K | | |
| 457. --Aligh Technology Inc (Com) | | None | J | T | Buy | 12/04/20 | J | | |
| 458. --Alphabet Inc Cap St-Cl C | | None | K | T | Buy | 12/04/20 | K | | |
| 459. --Alphabet Inc Cl A | | None | J | T | Buy | 12/04/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. --Autodesk Inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 461. --Dollar Gen Corp Com | | None | J | T | Buy | 12/04/20 | J | | |
| 462. --Facebook Inc Cl a | | None | K | T | Buy | 12/04/20 | K | | |
| 463. --Gartner Inc Com | | None | J | T | Buy | 12/04/20 | J | | |
| 464. --Illumnia Inc Com | | None | J | T | Buy | 12/04/20 | J | | |
| 465. --Intuitive Surgical Inc Com | | None | J | T | Buy | 12/04/20 | J | | |
| 466. --MSCI Inc Com | | None | J | T | Buy | 12/04/20 | J | | |
| 467. ---Mastercard Inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 468. --Microsoft Inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 469. --Nike Cl B | | None | J | T | Buy | 12/04/20 | J | | |
| 470. --Paypal Holdings Inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 471. --Regeneron Pharmaceutical Inc | | None | J | T | Buy | 12/04/20 | J | | |
| 472. --Salesforce.com inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 473. --Servicenow Inc Com | | None | K | T | Buy | 12/04/20 | K | | |
| 474. --Starbucks Corp Com | | None | J | T | Buy | 12/04/20 | J | | |
| 475. --United Healthcare Group Inc Com | | None | J | T | Buy | 12/04/20 | J | | |
| 476. --Visa Inc Com | | None | K | T | Buy | 12/04/20 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. --Zoetis Inc Cl A | | None | K | T | Buy | 12/04/20 | K | | |
| 478. --Alcon SA | | None | J | T | Buy | 12/03/20 | J | | |
| 479. --Ferrari NV Shares | | None | J | T | Buy | 12/03/20 | J | | |
| 480. --AIA Group Ltd | | None | J | T | Buy | 12/03/20 | J | | |
| 481. --Adyen NV ADR | | None | J | T | Buy | 12/03/20 | J | | |
| 482. --Amphenol Corp Cl A | | None | J | T | Buy | 12/03/20 | J | | |
| 483. --Ansys Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 484. --Atlas Copco AB | | None | J | T | Buy | 12/03/20 | J | | |
| 485. --Boston Scientific Corp | | None | | | Buy | 12/03/20 | J | | |
| 486. | | | | | Sold | 12/21/20 | J | A | |
| 487. --CSL Ltd | | None | J | T | Buy | 12/03/20 | J | | |
| 488. --Canadian Natl Ry Co Com | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 489. --Church & Dwight Co Inc | | None | J | T | Buy | 12/03/20 | J | | |
| 490. --Cosco Wholesale Corp Com | | None | J | T | Buy | 12/03/20 | J | | |
| 491. --Crown Castle Inc Com | A | Dividend | | | Buy | 12/03/20 | J | | |
| 492. | | | | | Sold | 12/21/20 | J | | |
| 493. --Ecolab Inc Com | | None | J | T | Buy | 12/03/20 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. --Fair Isaac Corp Com | | None | J | T | Buy | 12/03/20 | J | | |
| 495. --First Republic Bank SF Com | | None | J | T | Buy | 12/03/20 | J | | |
| 496. --Graco Inc | | None | J | T | Buy | 12/03/20 | J | | |
| 497. --Hdfc Bk Ltd | | None | J | T | Buy | 12/03/20 | J | | |
| 498. --Heico Corp New Cl A | | None | J | T | Buy | 12/03/20 | J | | |
| 499. --Idexx Labs Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 500. --Intercontinental Exchange Inc Com | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 501. --LVMH Moet Hennessey LV Adr | | None | J | T | Buy | 12/03/20 | J | | |
| 502. --Lululemon Athletica Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 503. --MSCI Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 504. --Mercadolibre Inc Com | | None | K | T | Buy | 12/03/20 | K | | |
| 505. --Mettler-Toledo Intl Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 506. --Pernod Ricard S A Adr | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 507. --Servicenow Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 508. --Sherwin Williams Co Com | | None | J | T | Buy | 12/03/20 | J | | |
| 509. --Shopify Inc Cl A | | None | K | T | Buy | 12/03/20 | K | | |
| 510. --Stryker Corp | | None | K | T | Buy | 12/03/20 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. --Synopsys Inc | | None | J | T | Buy | 12/03/20 | J | | |
| 512. --Taiwan Semiconductor Mfg Co | | None | K | T | Buy | 12/03/20 | K | | |
| 513. --Tencent Hldgs Ltd ADR | | None | J | T | Buy | 12/03/20 | J | | |
| 514. --Thermo Fisher Scientific Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 515. --Verisk Analytics Inc Com | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 516. --Visa Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 517. --West Pharmaceuticals Svcs Inc Com | | None | J | T | Buy | 12/03/20 | J | | |
| 518. --Nike Inc Cl B | | None | J | T | Buy | 12/03/20 | J | | |
| 519. Alpine Grove SV Partners LLC | | None | N | U | Buy | 12/24/20 | N | | |
| 520. Knoema Corp (Conv Promissory Note) | | None | | | Buy | 01/21/20 | K | | |
| 521. | | | | | Sold | 12/02/20 | L | E | |
| 522. Menguin Inc (X) | | None | | | Sold | 06/25/20 | J | | See Note # 3 |
| 523. | | | | | | | | | |
| 524. | | | | | | | | | |
| 525. | | | | | | | | | |
| 526. | | | | | | | | | |
| 527. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1
Explanation Re:Section VII ,
Item
#'21,35,48,49,51,55,56,57,59,62,63,68,70,71,87,89,91,101,105,110,112,114,118,125,126,135,140,148,157,164,170,182,184,186,188,189,197,199,211,223,224,231, 260,283,318,321,349,363,375,408

Investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)
The type of income in column B(2)is labeled "distribution",to denote more then one category of income indicated on schedule K-1 was received from the partnership.
The income is not always distributed in the year it was earned. In those instances, column's D(1) thru D (4) are left blank.

Note # 2
Explanation Section VII
Item # 23

Menemsha Capital Partners Ltd is a Sub-chapter S corporation owned 100% by Judge McMahon's

Note # 3
Explanation Section VII
Item # 375,522

Escrow income subject to various contingencies was received during 2020. The applicable investment was sold in prior years. The remaining cost of the investment was zero.
.

Note # 4
Explanation Section VII
Item # 51-56,58-63

The Judge's          is a Partner of Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP .These partnerships have ownership interests in the companies listed under Tailwind Capital Partners LP and Tailwind Capital Partners (GP) LP.
Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership(LP) and General Partnership (GP LP) have ownership interests in the same companies.

Note # 5
Explanation Section VII
Item # 10,32,413,415

These shares were donated to Foundation # 1. This information is noted as "Donated" in Column D(1). The date the shares were donated is listed in Column D(2). The value in Column D(3) is the distributee's fair market value on the date of the donation. The shares received by Foundation # 1 are listed as "Spinoff" in Column D(1) The date of the distribution is listed in Column D (2), and the Value of the shares listed in Column D(3) is the fair market value on the date of the distribution.

Note # 6
Explanation Section VII
Item #296,412

A portion of the assets in the UBS IRA was converted to a newly created Roth IRA account at UBS. The value reported is the fair market value at the date of the transfer.

Note # 7
Explanation Section VII
Item # 127-180

The Judge's          created two trusts- Trust # 3 and Trust # 4. He is the Grantor and Trustee of these trusts. The income reported by the trusts are taxed to the Grantor. The benficiaries of the trusts are the Judge's
Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed.
In addition, the purchase and sale information is also listed by underlying asset.

See Note # 8
Explanation Section VII
Item # 108-126,181-197

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Judge's ▨ is a Partner of Tailwind Capital Partners II LP and Tailwind Capital Partners II (GP) LP. The partnerships have ownership interests in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed. In addition, the purchase and sale information is also listed by underlying asset. The Limited Partnership (LP) and General Partnership (GP LP) have ownership interests in the same companies.

Note # 9
Explanation Section VIII
Item # 280,281

The Judge's ▨ created a single member LLC to hold various investments. The current investment is listed below the LLC on line # 315.

See Note # 10
Explanation Section VII
Item # 145-158,167-180,346-374

The Judge's ▨ is a Partner of Tailwind Capital Partners III LP and Tailwind Capital Partners III (GP) LP. The partnerships have ownership interests in the companies listed . Due to revised reporting requirements the income and gross value at the end of the reporting period is separately listed. In addition, the purchase and sale information is also listed by underlying asset. Income may be earned but not distributed. The Limited Partnership (LP) and General Partnership (GP LP) have ownership interests in the same companies. Trust # 3 and Trust # 4 are also partners in Tailwind Capital Partners III LP.
The assets that are owned by the partnership are listed in the appropriate section of the report.

See Note # 11
Explanation Section VII
Item #'s 54,61,147,169,275,328,338,348,362

These investments are worthless as of December 31, 2020. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2020. The value in Column D(3) is blank, since no value is attritibuted to the worthless investments.

See Note # 12
Explanation Section VIII
Item # 13,401

The rental property was sold in 2019. The checking account remained open due to the Seller finaced promissory note , that was part of the Sale transaction. The property had not been rented in more then 10 years.

See Note # 13
Explanation Section VII
Item 38,408

The limited partnership distributed it's remaining assets to a liquidating trust on 11/13/20. This type under section D(1) is denoted as a spinoff. The value of the distribution is the adjusted tax basis as reported on the partnership final k-1 for 2020. This amount was noted on D(3).

See Note # 14
Explanation Section VII
Item # 71,441

The partnership owned by the IRA distributed cash that was deposited in a newly created Fieldpoint Private IRA on 7/24/20. In addition, the Judge's ▨ also received a retirement account distribution from his former employer. This amount was rolled over into the newly establisthed IRA account.

See Note # 15
Explanation Section VII
Item # 454-518

The new Fieldpoint IRA was created as an actively managed trading account on July 24, 2020. This account was switched from a managed account to a portfolio of mutual fund investments. All of the publically traded securities that were purchased on December 3 - 4 , 2020 were sold on February 2, 2021.

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Colleen McMahon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544